UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

_____ Priority
__✓__ **Send**
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3
_____ Scan Only

Case No.    **CV 02-08722 DDP (RZx)**                    Dated: November 15, 2002

Title:    STEVEN BUCKLEY -v- THE BOEING COMPANY

===================================================================

PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                        <u>None Present</u>
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                    None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

ENTERED ON ICMS

NOV 1 8 2002

CV

MINUTES FORM 11                                Initials of Deputy Clerk _____
CIVIL -- GEN