FILED
MAY - 5 2003

ENTER ON ICMS

MAY - 6 2003

| | |
|---|---|
| ✓ | Priority |
| | Send |
| | Clsd |
| | Enter |
| | JS-5/JS-6 |
| | JS-2/JS-3 |
| | Scan Only |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN BUCKLEY

                    PLAINTIFF(S)

        v.

THE BOEING COMPANY

                    DEFENDANT(S).

CASE NUMBER CV 02-08722 DDP (RZx)

SETTLEMENT PROCEDURE SELECTION:
NOTICE, REQUEST AND ORDER

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ SETTLEMENT PROCEDURE NO. 1 - The parties shall appear before the *(check one):*
  ☐ district judge   *or*   ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ SETTLEMENT PROCEDURE NO. 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ SETTLEMENT PROCEDURE NO. 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: May 5, 2003          By: _William Rehwald_
                                        Attorney For Plaintiff

Dated: _____       By: _____
                                        Attorney For Plaintiff

Dated: MAy 5, 2003          By: _Allan P. Loewe_
                                        Attorney For Defendant

Dated: _____       By: _____
                                        Attorney For Defendant

## ORDER

☑ The request is APPROVED

☐ The request is DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1, and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: 5-5-03          _Gary A. Pregerson_
                            United States District Judge/ Magistrate Judge

cc:    Courtroom deputy to serve:
       Attorney Settlement Officer Panel Coordinator
       All counsel of record

ADR-1 (02/03)          SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER